| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 6 min. | | |
|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK Patricia V. Trumbull | REPORTER/FTR FTR: 9:38 - 9:44 | | |
| MAGISTRATE JUDGE Patricia V. Trumbull | DATE 2/12/08 | NEW CASE ☐ | CASE NUMBER 07-mj-70753 PVT | |

| APPEARANCES | | | | | |
|---|---|---|---|---|---|
| DEFENDANT Hector Hernandez-Ortiz | AGE | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Manuel Araujo | PD. ☒ RET. ☐ APPT. ☐ |
| U.S. ATTORNEY Jeff Schenk | INTERPRETER Spanish - A. Negro | | | ☒ FIN. AFFT SUBMITTED | ☒ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER L. Weigel | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | | PARTIAL PAYMENT OF CJA FEES ☐ | |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | |
|---|---|---|---|---|---|
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS | |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER | |
| ☒ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING | |

| INITIAL APPEARANCE | | | |
|---|---|---|---|
| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |

| ARRAIGNMENT | | | |
|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

| RELEASE | | | | |
|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED ☐ CASH $ | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ | |
| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☒ DETAINED ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | |

| PLEA | | | |
|---|---|---|---|
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

| CONTINUANCE | | | | |
|---|---|---|---|---|
| TO: 2/19/08 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
| AT: 9:30 a.m. | ☒ SUBMIT FINAN. AFFIDAVIT | ☒ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. Patricia V. Trumbull | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

| ADDITIONAL PROCEEDINGS |
|---|
| THE DEFENDANT TO SUBMIT LONG CJA 23 FORM AT THE NEXT COURT APPEARANCE. |